IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 10-121-2 |
| LAMONT PAIGE : | |

**<u>ORDER</u>**

AND NOW, this 9th day of March, 2022, it is hereby ORDERED that Defendant Lamont Paige's Letter Motions for Compassionate Release (Document Nos. 153, 154, 155 and 157) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,         C.J.