IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 10-121-2 |
| LAMONT PAIGE : | |

# **ORDER**

AND NOW, this 7th day of June, 2023, upon consideration of Defendant Lamont Paige's Second, Pro Se Letter Motion for Compassionate Release (Document No. 166), it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.